
RECEIVED
IN MONROE, LA
MAY 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LARRY DUNN** | **CIVIL ACTION NO. 03-2136** |
| **VERSUS** | **DISTRICT JUDGE ROBERT G. JAMES** |
| **BURGER KING, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record, including Defendant's reply brief and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 49] is DENIED.

MONROE, LOUISIANA, this 11 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE